UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                                Case No. 14-59127

SALVATORE DINOTO,                                   Chapter 7

                    Debtor.                                   Judge Thomas J. Tucker
_____/

**ORDER DENYING DEBTOR'S MOTION ENTITLED "MOTION FOR CONTEMPT AND FOR SANCTIONS FOR CREDITOR'S VIOLATION OF THE AUTOMATIC STAY AND DISCHARGE ORDER"**

This case came before the Court for a hearing on March 23, 2016, on the Debtor's motion entitled "Debtor's Motion for Contempt and For Sanctions For Creditor's Violation of the Automatic Stay and Discharge Order" (Docket 31, the "Motion"). For the reasons stated by the Court on the record during the hearing,[1]

IT IS ORDERED that:

1. The Motion (Docket # 31) is denied, in its entirety.

2. Creditor RPAD LLC's request for attorney fees, incurred in responding to the Motion, is denied.

**Signed on March 23, 2016**                          /s/ Thomas J. Tucker
                                                                           **Thomas J. Tucker**
                                                                           **United States Bankruptcy Judge**

---

[1] The Court has ordered a transcript of the March 23, 2016 hearing.